1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17

YAN GERMAN, an individual,

        Plaintiff,

vs.

MERCEDES-BENZ USA LLC, a
Delaware Limited Liability Company,

        Defendants,

Case No.: 2:21-cv-09587-SB-JC

*Assigned to the Hon. Stanley
Blumenfeld, Jr., and Magistrate Judge
Jacqueline Chooljian*

**ORDER REGARDING DISMISSAL**

18
19
20
21
22

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

23
24

    **IT IS SO ORDERED.**

25
26

DATE:  __June 15, 2023__          By:_____

                                   U.S. DISTRICT JUDGE

27
28